1
2
3
4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    PHILLIP NUTT,                          Case No. 3:22-cv-06477-VC   (KAW)

            Plaintiff,
8                                           ORDER REGARDING PROPOSED
                                            STIPULATED PROTECTIVE ORDER
9        v.
                                            Re: Dkt. No. 28
10   ADVANCED REPORTING, LLC,

            Defendant.
11

12

13          On December 5, 2023, the parties filed a stipulated protective order. Thereafter, all

14   discovery in this case was referred to the undersigned.  As a result, the parties did not indicate

15   whether they were using a model protective order or a modified protective order as required by the

16   undersigned's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.)

17          Accordingly, the parties are ordered to submit, by **December 14, 2023**, (a) a declaration

18   stating that the proposed order is identical to one of the model orders, (b) a declaration explaining

19   each modification to the model order, along with a redline version comparing the proposed

20   protective order with the model order, or (c) a declaration explaining why use of one of the model

21   orders is not practicable.

22          IT IS SO ORDERED.

23   Dated: December 12, 2023

24                                          _____
                                            KANDIS A. WESTMORE
25                                          United States Magistrate Judge

26

27

28

United States District Court
Northern District of California